**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

                                    JUDGMENT OF ACQUITTAL

            -VS-
TYQUAN LONG,                        CR-06-841(FB)

            DEFENDANT.


         The above-named defendant was found not guilty.
IT IS ORDERED that the defendant is acquitted, discharged, and any
bond exonerated.



      s/Frederic Block

_____
Signature of Judicial Officer

FREDERIC BLOCK, U.S.D.J.
Name & Title of Judicial Officer

 1/24/08
_____
Date